| Date | Pleading Number | |
|---|---|---|
| 5/23/75 | | ORDER TO SHOW CAUSE why actions A-1 through A-4 should not be transferred to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 Notified involved counsel and involved judges |
| 6/2/75 | 1 | RESPONSE - COMMUNICATIONS WORKERS OF AMERICA AFL-CIO w/cert. of service |
| 6/3/75 | | APPEARANCES -- Communications Workers of America (A-1 pltf & def.) Pltfs. Linda Redde, et al. (A-2), Mildred Shackelford (A-3); Southwestern Bell Telephone Co. (def.) |
| 6/5/75 | 2 | RESPONSE -- LINDA REDDEN AND DIANE TRAVIS w/cert. of service |
| 6/5/75 | 3 | RESPONSE -- MARY M. HUGHES, ET AL. w/cert. of service |
| 6/5/75 | 4 | RESPONSE -- SOUTHWESTERN BELL TELEPHONE w/cert. of service |
| 6/5/75 | | HEARING ORDER -- June 27, 1975 -- Denver, Colorado Setting Actions A-1 through A-4 -- Order to Show cause why actions should not be consolidated. |
| 6/9/75 | 5 | RESPONSE --MILDRED SHACKELFORD w/cert. of service |
| 6/11/75 | | APPEARANCE -- Louis Gilden for plaintiffs Bishop, Wassenberg, Harrison Noah, Alexander, Garver and English |
| 6/13/75 | 6 | RESPONSE -- LUCILE WOOTEN, CONSTANCE J. PAGE, BARBARA L. WILSON VELMA FUSSEL w/Brief and Cert. of Service |
| 6/17/75 | | APPERANCE -- LUCIL WOOTEN, CONSTANCE J. PAGE, BARBARA L. WILSON VELMA FUSSEL -- Henry M. Rosenblum, Esquire |
| 6/18/75 | 7 | RESPONSE -- Pltfs. Lillie R. English, Sarah L. Bishop, Loretta A. Wassenberg, Mable R. Harrisonl Linda K. Alexander and Deanne M. Garver (Ordered as party plaintiffs on May 23 and May 29, 1975, in Case No. A-1.) |
| 6/20/75 | | APPERANCE -- Henry M. Rosenblum, Esquire for PAGE, WILSON, FUSSELL and WOOTEN |
| 7/1/75 | | APPERANCE -- S. Sheldon Weinhaus, Esq. for CWA AFL-CIO |
| 6/27/75 | | WAIVER OF ORAL ARGUMENT -- Mary M. Hughes, Susan K. Conners |
| 9/9/75 | | CONSENT OF TRANSFEREE COURT -- for Judge Roy W. Harper to handle litigation in the E. D. Missouri |
| 9/9/75 | | OPINION AND ORDER -- transferring litigation to the E. D. Missouri for coordinated or consolidated pretrial proceedings for assignment to RX Judge Roy W. Harper |
| 9/23/75 | | CORRECTION ORDER -- Adding the word allegedly to the first sentence. Notified recipients, involved counsel, clerks and judges. |
| 3/8/77 | 8 | B-1 McNulty v. Southwestern Bell Telephone Co., W.D. MO., C.A.# 76CV816-W-1 (Brief) MOTION, Communications Workers of America to transfer action to the Eastern District of Missouri, under 28 U.S.C. §1407. |
| 3/21/77 | 9 | RESPONSE -- Donna Lee McNulty -- In Opposition to Third-Party Defendants Motion for Transfer of Tag-Along Action w/cert. of service. |
| 3/24/77 | 10 | RESPONSE -- SOUTHWESTERN BELL TELEPHONE CO. w/cert. of service |
| 3/28/77 | | HEARING ORDER -- Setting B-1 McNulty v. Southwestern Bell Tele. Co., W.D. Mo., C.A. 76CV816-W-1 for hearing -- April 22, 1977 Los Angeles, Calif. |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- The Communications Workers of America,AFL-CIO, for hearing of 4/22/77 in Los Angeles, California. |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT --Lillie R. English, et al. for 4/22/77 hearing in Los Angeles, California. |
| 4/19/77 | | WAIVER OF ORAL ARGUMENT -- Southwestern Bell Telephone Co.,for 4/22/77 hearing in Los Angeles, California |
| 4/19/77 | | WAIVER OF ORAL AGRUMENT--Plaintiff McNulty--for 4/22/77 hearing in Los Angeles, California |

JPML FORM 1A - Continuation                     DOCKET ENTRIES -- p. 2

DOCKET NO. 216 -- IN RE SOUTHWESTERN BELL TELEPHONE CO. MATERNITY BENEFITS LIT.

| Date | No. Code | |
|---|---|---|
| 4/22/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Lucille Wooten, et al. for 4/22/77 hearing in Los Angeles, California |
| 6/30/77 | | TRANSFER ORDER -- B-1 Donna Lee McNulty v. Southwestern Bell Telephone Co., et al., W.D. MO, C.A. #CV-816-W-1, NOTIFIED INVOLVED JUDGES AND COUNSEL. |
| 10/19/77 | 11 | MOTION FOR TRANSFER OF TAG-ALONG CASE -- C-1 Southwestern Bell Telephone Co., w/cert. of cert. and BRIEF. |
| 11/4/77 | | HEARING ORDER -- Setting C-1-- Piedra, et al. v. Southwestern Bell W.D. Texas, SA76CA385 for hearing--12/7/77 San Diego, Calf. |
| 11/11/77 | | REQUEST FOR EXTENSION OF TIME -- counsel for Veronica Piedra, et al. granted to include 11/18/77. |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Linda Redden and Diane Travis for 12/7/77 hearing in San Diego, Ca.  (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Lillie R. English, et al. for 12/7/77 hearing in San Diego, Ca. (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Veronica Piedra, Cecilia A. Macias, and Belinda Garcia, et al., for hearing held 12/7/77 in San Diego, CA.          (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Defendant Southwestern Bell Telephone Co., for 12/7/77 hearing in San Diego, CA.   (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiffs Donna Lee McNulty for 12/7/77 hearing in San Diego, Ca. (ea) |
| 11/30/77 | | WAIVER OF ORAL ARGUMENT -- Plaintiff/Third Party Defendant Communications Workers of America, AFL-CIO for 12/7/77 hearing in San Diego, Ca. (ea) |
| 12/5/77 | | WAIVER OF ORAL ARGUMENT -- Mary M. Hughes & Susan K. Conners for 12/7/77 hearing in San Diego, Ca. (ea) |
| 12/21/77 | | ORDER -- Transferring C-1 to the Eastern District of Missouri for coordinated or consolidated pretrial proceedings. (ea) |
| 6/12/78 | 12 | MOTION, BRIEF -- Plaintiff C-1 Veronica Piedra, et al. v. Southwestern Bell Telephone Co., E.D. Mo., C.A. No. 77-1337-C(A) w/cert. of service |
| 6/16/78 | 13 | RESPONSE -- Southwestern Bell Telephone Co. -- w/cert. serv. (cds) |
| 6/21/78 | | APPEARANCE:  CHARLES A. WERNER, ESQ. for Defendant Communication Workers of America (cds) |
| 6/29/78 | | HEARING ORDER -- REGARDING REMAND OF COUNTS THREE AND FOUR OF FOLLOWING ACTION TO THE W.D. TEXAS (C-1) Veronica Piedra, et al. v. Southwestern Bell Telephone Co., et al., C.A. No. 77-1337C(a) XXXXX Set for Hearing in Los Angeles, Calif. on July 28, 1978 (cds) |
| 7/25/78 | | WAIVER OF ORAL ARGUMENT FOR 7/28/78 HEARING  LES MENDELSOHN for Veronica Piedra, et al.  LOUIS GILDEN, ESQ. for Litigation Plaintiffs  JAMES A. DAUGHERTY for Southwestern Bell Telephone Co.       (rew)  WM. D. PIEDIMONTE for Donna Lee McNulty |

JPML FORM 1A - Continuation          DOCKET ENTRIES -- p. _____

DOCKET NO. _____ -- _____

| Date | No. Code | |
|---|---|---|
| 8/11/78 | | ORDER REMANDING CERTAIN CLAIMS -- C-1 Veronica Piedra, et al. v. Southwestern Bell Telephone Co., et al., ~~W.D. Texas,~~ ~~C.A. No. 8476 CA 865~~ E. D. Missouri, C.A.No. 77-1337C(A). (ea) |

OPINION AND ORDER, September 9, 1975, 400 F. Supp. 1406 (1975)

DOCKET NO. 216 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MO - Unp. 6/30/77
MD - Unpublished 12/21/77

Description of Litigation

DOCKET NO. 216 -- IN RE SOUTHWESTERN BELL TELEPHONE CO. MATERNITY BENEFITS LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s): 6/27/75

Date(s) of Opinion(s) or Order(s): 9/9/75

Consolidation Ordered  xxx     Name of Transferee Judge  ROY W. HARPER
Consolidation Denied  ___      Transferee District  E. D. MISSOURI

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Communications Workers of America AFL-CIO et al. v. Southwestern Bell Telephone Co. | E.D. Mo. Harper | 74-315C(A) | | | 10/16/80 D | |
| A-2 | Linda Redden, et al. v. Southwestern Bell Telephone Co. v. Communications Workers of America AFL-CIO | E.D. Mo. Regan | 74-391C(A) | | | 10/16/80 D | |
| A-3 | Mildred Shackelford v. Southwestern Bell Telephone Co. v. Communications Workers of America AFL-CIO | W.D. OK Eubanks | Civ. 74-369E | 9/9/75 | 75-823C(A) | 10-24-80 D | |
| A-4 | Mary M. Hughes, et al. v. Southwestern Bell Telephone Co. | W.D.Mo. Collinson | 75CV257-W-2 | 9/9/75 | 75-824C(A) | 10/16/80 D | |
| B-1 | Donna Lee McNulty v. Southwestern Bell Telephone Co., et al. | W.D. MO. Oliver | 76CV816-W-1 | 6/30/77 | 77-769(A) | 10-24-80 D | |
| C-1 | Veronica Piedra, et al. v. Southwestern Bell Telephone Co., et al. | W.D.TEX. Spears | SA76CA385 | 12/21/77 | 77-1337C(A) | 10/16/80 | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 216 -- IN RE SOUTHWESTERN BELL TELEPHONE

COMPANY MATERNITY BENEFITS LITIGATION

| ~~Plaintiff~~ | ~~Defendant~~ |
|---|---|
| LINDA REDDEN, ET AL. (A-2)<br>A. T. Phillips, Esquire<br>7701 Forsyth Blvd., Suite 1295<br>Clayton, Missouri 63105<br><br>MILDRED SHACKELFORD (A-3)<br>James A. Mitchell, Esquire<br>3529 S. Shields Boulevard<br>Oklahoma City, Oklahoma 73129<br><br>MARY M. HUGHES, ET AL. (A-4)<br>C. John Forge, Jr., Esq.<br>Hencke & Forge<br>Ste. 120<br>221 W. Lexington<br>Independence, Mo. 64050<br><br>COMMUNICATIONS WORKERS OF<br>AMERICA, AFL-CIO (A-1)<br>Jerome F. Raskas, Esquire<br>Raskas, Ruthmeyer, Pomerantz<br>  & Wynne<br>Sixteenth Floor Syndicate Trust Bldg.<br>915 Olive St.<br>St. Louis, Mo. 63101<br><br>SOUTHWESTERN BELL TELEPHONE CO.<br>Ronald T. LeMay, Esquire<br>100 North 12th Blvd., Rm. 630<br>St. Louis, Missouri 63101<br><br>COMMUNICATIONS WORKERS OF AMERICA<br>Donald M. Fehr, Esquire<br>Jolley, Moran, Walsh, Hager & Gordon<br>1300 Traders National Bank Bldg.<br>1125 Grand Avenue<br>Kansas City, Missouri 64106 | SARAH L. BISHOP<br> LORETTA A. WASSENBERG<br> MABLE R. HARRISON<br> MILDRED NOAH<br> LINDA K. ALEXANDER<br> DEANNE M. GARVER<br> LILLIE R. ENGLISH<br>   Louis Gilden, Esquire<br>  Gilden & Dodson<br>   722 Chestnut Street<br>   St. Louis, Missouri 63101<br><br>LUCILE WOOTEN<br>CONSTANCE J. PAGE<br>BARBARA L. WILSON<br>VELMA FUSSELL<br>  Henry M. Rosenblum, Esquire<br>  4605 Southwest Freeway<br>  Suite 320 W<br>  Houston, Texas 77027<br><br>Donna Lee McNulty (B-1)<br>Wm. D. Piedimonte, Esq.<br>Piedimonte & Cochran<br>P.O. Box 27<br>317 West Kansas Avenue<br>Independence, MO. 64051<br><br>VERONICA PIEDRA, ET AL. (C-1)<br>Joseph A. Rose, Jr., Esq.<br>Les Mendelsohn, Inc.<br>255 San Antonio Bank & Trust Bldg.<br>711 Navarro Street<br>San Antonio, Texas 78205 |

p. 2

| Plaintiff | Defendant |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA<br>Charles A. Werner<br>Schuchat, Cook & Werner<br>Suite 1212<br>705 Olive Street<br>Saint Louis, Missouri  63101 | |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 216 -- IN RE SOUTHWESTERN BELL TELEPHONE COMPANY MATERNITY BENEFITS LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| SOUTHWESTERN Bell Telephone Co. | A-1  A-2  A-3  A-4  C-1 |
| COMMUNICATIONS WORKERS OF AMERICIA AFL-CIO | A-2  A-3  C-1 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |